UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES DAVIS | CIVIL ACTION NO. 15-cv-2444 |
| VERSUS | JUDGE FOOTE |
| N. BURL CAIN | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, [Record Document 26], and having thoroughly reviewed the record, including the written objections filed, the Court concurs with the findings of the Magistrate Judge under the applicable law.

Therefore, **IT IS ORDERED** that Petitioner's petition for writ of habeas corpus relief is denied.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 26th day of September, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE

1